## CBF TRUSTEE ET AL. *v.* LYNN HYMANS ET AL.
### (AC 16804)

Lavery, Landau and Hennessy, Js.

Submitted on briefs June 10—officially released July 15, 1997

Per Curiam. The judgment is affirmed.

## WESTBROOK ASSOCIATES *v.* ANDREW CONSTANTINOU ET AL.
### (AC 16020)

Dupont, C. J., and O'Connell and Schaller, Js.

Submitted on briefs June 10—officially released July 15, 1997

Per Curiam. The judgment is affirmed.

## LANDEL BROWN *v.* MARYLAND CASUALTY COMPANY
### (AC 16198)

Dupont, C. J., and O'Connell and Schaller, Js.

Submitted on briefs June 10—officially released July 15, 1997

Per Curiam. The judgment is affirmed.